UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWAN THURMOND, </br></br>        Plaintiff, </br></br> vs. </br></br> ROBERT LEGRAND et al., </br></br>        Defendants. | 3:09-cv-00401-RCJ-WGC </br></br> **ORDER** |

Petitioner is a prisoner in state custody pursuant to conviction for three counts of robbery with the use of a deadly weapon and two counts of conspiracy to commit robbery. The Court has denied the Second Amended Petition. Petitioner asks the Court to reconsider. The Court has read the motions and the related briefings and declines to reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Reconsider (ECF Nos. 75, 76) are DENIED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge